**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**MDD_SAGchambers@mdd.uscourts.gov**

May 18, 2026

LETTER ORDER

   Re:  <u>U.S.A. v. Jamie Taylor</u>
         Criminal Case No. SAG-25-0203

Dear Counsel,

The following schedule is entered to govern the course of further proceedings in this case:

| | |
|---|---|
| June 8, 2026 | Motions Due |
| June 22, 2026 | Responses Due |
| September 2, 2026 at 10:00 a.m. | Motions Hearing |
| September 30, 2026 | Joint voir dire, proposed verdict sheet, joint jury instructions with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov and any motions in limine |
| October 21, 2026 at 9:30 a.m. | Pretrial Conference |
| November 2, 2026 at 9:30 a.m. | 3-day Jury Trial |

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge

**Voir Dire and Jury Instructions**

You should file proposed joint voir dire questions, proposed joint jury instructions on

issues specifically relating to this case, and proposed joint special verdict forms.  Any voir dire questions, jury instructions, or special verdict forms upon which the parties cannot agree on should still be submitted in joint form, clearly reflecting each party's position where they diverge.  Copies of all of your proposed voir dire questions, jury instructions and special verdict forms should be submitted to                      chambers in hard copy and via e-mail in Microsoft Office Word to MDD_SAGchambers@mdd.uscourts.gov.

Your proposed joint voir dire should include a brief proposed statement to be read to the venire panel explaining the nature of the case in general terms.