**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 779-6646
FAX: (410) 962-3976
EMAIL: Andrew_Szekely@fd.org

KATHERINE TANG NEWBERGER
FEDERAL PUBLIC DEFENDER

ANDREW SZEKELY & CHRISTINA WONG
ASSISTANT FEDERAL PUBLIC DEFENDERS

November 19, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201
Via CM/ECF

**Re: *United States v. Jamie Taylor*, SAG-25-0203**

Dear Judge Gallagher:

We write to provide the Court with a status report regarding Mr. Taylor's case. First, Mr. Taylor is not requesting the appointment of new counsel. Mr. Taylor has told us he wishes to continue to work with current counsel.

Second, we have addressed issues related to Mr. Taylor's medication. We provided copies of the Court's Order, ECF No. 78, to both the administration and medical staff at the Chesapeake Detention Facility. We understand that issues related to Mr. Taylor's medication being dispensed have been resolved.

Finally, Mr. Taylor and the government have reached a plea agreement. We ask the Court to schedule this matter for a plea and same-day sentencing. The government consents to a same-day sentencing, provided Victim-1 can attend the hearing. We will forward a copy of Mr. Taylor's signed plea agreement via email.

Sincerely,

Andrew Szekely

Digitally signed by Andrew Szekely
Date: 2026.11.19 09:26:46 -05'00'

Andrew Szekely
Christina Wong
Assistant Federal Public Defenders